1   The Honorable Benjamin H. Settle

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES T. NORVELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No.: 3:17-CV-05683-BHS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sonja D. Fritts of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Seattle office, hereby files her appearance as counsel on behalf of Defendant in the above-captioned matter. All further pleadings and papers, except original process, shall be served upon said attorney.

//
//
//
//
//
//
//

NOTICE OF APPEARANCE - 1
(NO. 3:17-CV-05683-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100, Seattle, WA 98104
Phone: 206.693.7057| Fax: 206.693.7058

Dated: October 9, 2017.

By: /s/ Sonja D. Fritts
Sonja D. Fritts, WSBA No. 29097
sonja.fritts@ogletree.com
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: 206.693.7051
Fax: 206.693.7058

**ATTORNEY FOR DEFENDANT**
**BNSF RAILWAY COMPANY**

NOTICE OF APPEARANCE - 2
(NO. 3:17-CV-05683-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100, Seattle, WA 98104
Phone: 206.693.7057| Fax: 206.693.7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2017, I filed the foregoing document with the Clerk of the Court via ECF which electronically notifies the following:

Elizabeth Quick
Quick Law Group
520 Kirkland WA, Suite 400
Kirkland, WA 98033
T: 425.576.8150
F: 206.694.2587
Email: liz@quicklawgrouppllc.com

Jeff R. Dingwall
Eight & Sand
110 West C Street, Suite 1903
San Diego, WA 92101
T: 619.796.3464
F: 619.717.8762
Email: jeff@eightandsandlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Ann McMurdo
Practice Assistant

31477106.1

CERTIFICATE OF SERVICE - 1
(NO. 3:17-CV-05683-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 Seattle, WA 98104
Phone: 206.693.7057| Fax: 206.693.7058