Judge: Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES T. NORVELL,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: 3:17-cv-05683-BHS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL |

WHEREAS the parties stipulate to continue trial to December 3, 2019. The parties further stipulate that Defendant will endeavor to find a neutral expert to help Plaintiff interpret the raw data from the event recorder from Locomotive 2339 from the incident at issue in this case and work together to facilitate this process.

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL - 1
(3:17-CV-05683 -BHS)

Jeff R. Dingwall
EIGHT & SAND
550 W B Street, Fourth Floor
San Diego, CA  92101
619-796-3464
jeff@eightandsandlaw.com

RESPECTFULLY SUBMITTED this 16th day of September 2019.

*s/Jeff R. Dingwall*
Jeff R. Dingwall (CA #265432)
EIGHT & SAND
550 W B Street, Fourth Floor
San Diego, CA 92101
T: (619) 7963464
F: (619) 7178762
E: jeff@eightandsandlaw.com
*Pro hac vice*

*s/Elizabeth Quick*
Elizabeth Quick (WSBA #28869)
QUICK LAW GROUP PLLC
520 Kirkland Way, Suite 400
Kirkland, WA 98033
Tel: (425) 5768150
Fax: (206) 6942587
Email: liz@quicklawgrouppllc.com
Attorneys for Plaintiff

*s/W. Chris Harrison*
W. Chris Harrison
Appearing Pro Hac Vice
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Tel: (90) 766-4311
Fax: (901) 767-7411
Chris.harrison@ogletree.com

Denise L. Ashbaugh
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
Attorneys for Defendant

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL - 2
(3:17-CV-05683 -BHS)

Jeff R. Dingwall
EIGHT & SAND
550 W B Street, Fourth Floor
San Diego, CA 92101
619-796-3464
jeff@eightandsandlaw.com

## [~~PROPOSED~~] ORDER

IN CONFORMITY with the foregoing Stipulation, trial and certain trial related deadlines are continued as follows:

1. Defendant will endeavor to find a neutral expert to help Plaintiff interpret the raw data from the event recorder from Locomotive 2339 from the incident at issue in this case and work together to facilitate this process; ~~and~~

2. Trial is hereby scheduled to commence: December 3, 2019; and

IT IS SO ORDERED. *The Clerk shall issue a new abbreviated schedule based on that date.*

DATED this 16 day of September, 2019.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL - 3
(3:17-CV-05683 -BHS)

Jeff R. Dingwall
EIGHT & SAND
550 W B Street, Fourth Floor
San Diego, CA 92101
619-796-3464
jeff@eightandsandlaw.com