THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES T. NORVELL,<br><br>      Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation<br><br>      Defendant. | CASE NO.: 3:17-cv-05683-BHS<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that BETH BLOOM files this Notice of Appearance for Plaintiff JAMES T. NORVELL as co-counsel with ELIZABETH QUICK and JEFF R. DINGWALL.

Plaintiff respectfully requests that all notices, pleadings and further correspondence be addressed to Ms. Bloom as stated herein.

RESPECTFULLY SUBMITTED this 9th day of November, 2021.

BLOOM LAW PLLC


By: /s/ Beth Bloom
Beth Bloom, WSBA #31702
3827C South Edmunds Street
Seattle, Washington 98118

NOTICE OF APPEARANCE
(3:17-cv-05683-BHS)

1

BLOOM LAW PLLC
3827C South Edmunds Street
Seattle, Washington 98118
(206) 323-0409

1
2   Telephone: (206) 323-0409
    E-mail: bbloom@bloomlawpllc.com
    *Attorneys for Plaintiff James T. Norvell*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE OF APPEARANCE
(3:17-cv-05683-BHS)

2

BLOOM LAW PLLC
3827C South Edmunds Street
Seattle, Washington 98118
(206) 323-0409

CERTIFICATE OF SERVICE

I, Laura Bammer, certify and state as follows:

1. I am a citizen of the United States and a resident of the state of Washington; I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Bloom Law PLLC, whose address is 3827C South Edmunds Street, Seattle, Washington 98118.

2. I caused the foregoing document to be served upon counsel of record at the address and in the manner described below, on November 9, 2021.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | [ ] U.S. Mail |
| | [ ] ABC Legal Messenger |
| Sonja D Fritts, WSBA #29097 | |
| Sonja.fritts@ogletree.com | [ ] Facsimile |
| 800 Fifth Avenue, Suite 4100 | |
| Seattle, WA 98104 | [ ] E-Mail |
| Telephone: (206) 693-7051 | |
| Fax: (206) 693-7058 | [X] Via CM/ECF |
| | |
| W. Chris Harrison, TN Bar #18698 | |
| *Appearing Pro Hac Vice* | |
| Chris.harrison@ogletree.com | |
| International Place, Tower II | |
| 6410 Poplar Avenue, Suite 300 | |
| Memphis, TN 38119 | |
| Telephone: (901) 766-4311 | |
| Fax: (901) 767-7411 | |
| | |
| *Attorneys for Defendants* | |
| | |
| Liz Quick, WSBA #28869 | [ ] U.S. Mail |
| QUICK LAW GROUP PLLC | |
| 520 Kirkland Way, Suite 400 | [ ] ABC Legal Messenger |
| Kirkland, WA 98033 | |
| Telephone: (425) 576-8150 | [ ] Facsimile |
| Fax: (206) 694-2587 | |
| liz@Quicklawgrouppllc.com | [ ] E-Mail |
| | |
| Jeff R. Dingwall (CA #265432) | [X] Via CM/ECF |
| EIGHT & SAND | |

NOTICE OF APPEARANCE
(3:17-cv-05683-BHS)

3

BLOOM LAW PLLC
3827C South Edmunds Street
Seattle, Washington 98118
(206) 323-0409

Case 3:17-cv-05683-BHS   Document 155   Filed 11/09/21   Page 4 of 4

110 West C Street, Suite 1903
San Diego, CA 92101
Telephone : (619) 7963464
Fax : (619) 7178762
jeff@eightandsandlaw.com

*Attorneys for Plaintiff*

    I hereby declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

    DATED on this 9th day of November, 2021.

                                     /s/ Laura Bammer
                                     Laura Bammer, Paralegal

NOTICE OF APPEARANCE
(3:17-cv-05683-BHS)

4

BLOOM LAW PLLC
3827C South Edmunds Street
Seattle, Washington 98118
(206) 323-0409