UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES T NORVELL,<br><br>               Plaintiff,<br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>               Defendant. | CASE NO. C17-5683BHS<br><br>VERDICT FORM |

We, the Jury, answer the questions submitted by the Court as follows:

**Question 1:** Do you find for Plaintiff James Norvell on his claim that Defendant BNSF Railway Company terminated him in violation of public policy?

_____      \_\_\_✗\_\_\_

Yes          No

*If your answer to Question 1 is "Yes," answer Question 2. If your answer to Question 1 is "No," have the Presiding Juror sign the verdict form and return it to the clerk.*

ORDER - 1

1    **Question 2**: What do you find to be the amount of Plaintiff's damages?

2    a. Past non-economic damages: _____

3    b. Future non-economic damages: _____

5    *The Presiding Juror should sign this verdict form and advise the Clerk that the*
6    *Jury has reached a verdict.*

7    Dated this 8th day of December, 2021.

                                   Presiding Juror