UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES T. NORVELL, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant - Appellee. | No. 22-35373 <br><br> D.C. No. 3:17-cv-05683-BHS <br> U.S. District Court for Western Washington, Tacoma <br><br> **MANDATE** |

The judgment of this Court, entered May 08, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT